UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -v- : 24-CR-149 (LJL)
:
JASON MEJIAS, : ORDER
:
        Defendant. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Sentencing in this case is scheduled for this afternoon. The parties should be prepared to give the Court the start date of Defendant's custody on the state parole violation (and for which New York State has primary jurisdiction) for which the defense is concerned he will not receive credit as well as the case number for the New York State case.

    SO ORDERED.

Dated: August 7, 2024
       New York, New York

                                             LEWIS J. LIMAN
                                       United States District Judge